## LAWYER v LAWYER

Ohio Appeals, 2nd Dist, Franklin Co

No 2230.  Decided Dec 20, 1932

Stephen A. Sharp, Columbus, for plaintiff.
Scott & Scott and John F. Carlisle, Columbus, for defendant.

### BY THE COURT

This case involves the question of divorce, alimony and the custody of the child, and has been brought to this court by appeal. We are of opinion that appeal does not lie in a divorce, alimony or custody of children cases. **Marleau v Marleau, 95 Oh St, 162; West v West, 100 Oh St, 32.** Appeal dismissed.

ALLREAD, PJ, HORNBECK and KUNKLE, JJ, concur.